*Samuel E. Swiggett* for appellants.

*Richard J. Relyea, II,* and *Irving Abramson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

HERBERT COCKSHAW, JR., as Successor Trustee under the Will of ALFRED COSTELLO, Deceased, Appellant, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Respondent.

Argued November 18, 1954; decided December 31, 1954.

*William T. Van Alstyne, Leonard B. Smith* and *James N. Vaughan* for appellant.

*Theodore Kiendl, Francis W. Phillips* and *Philip C. Potter, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS R. LAW, Appellant.

Argued November 29, 1954; decided December 31, 1954.